IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF,

    Plaintiff,

vs.                                      CASE NO.: 1:07mc09-SPM/AK

BY THE PLANET, INC.,

    Defendant,

and

PAYPAL, INC.,

    Garnishee.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court on Plaintiff's Notice of Withdrawal of Motion for Writ of Garnishment (doc. 5), which the Court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). Accordingly, it is

ORDERED AND ADJUDGED that this miscellaneous case, opened solely for Plaintiff's motion for writ of garnishment, is dismissed without prejudice.

DONE AND ORDERED this 25th day of July, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge